TEXTRON, INC., Plaintiff–Appellant,

v.

OCEAN TECHNICAL SERVICES, INC., Plaintiff–Appellee,

v.

United States, Defendant–Appellee,

and

Manitowoc Marine Group/Marinette Marine Corporation, Defendant.

No. 2007–5062.

United States Court of Appeals, Federal Circuit.

April 9, 2007.

**ORDER**

The parties having so agreed, it is

ORDERED that the proceeding is DISMISSED under Fed. R.App. P. 42(b).